

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AVALON BAY COMMUNITIES, INC., | ) Case No. CV 14-3867 UA |
| Plaintiff, | ) ORDER REMANDING ACTION |
| vs. | ) |
| ESTEPHANE TIRADO, et al., | ) |
| Defendants. | ) |

For the reasons set forth in the Order denying leave to file this action without prepayment of filing fees, this action is hereby REMANDED to the state superior court for further proceedings.

IT IS SO ORDERED.

DATED: 5/28, 2014

HON. GEORGE H. KING
CHIEF UNITED STATES DISTRICT JUDGE